UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Cr. No.  05-344 (RHK/JSM)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    )<br>            Plaintiff,    )<br>    )<br>v.    )<br>    )<br>    )<br>LAMAR RODRIGUEZ,    )<br>    )<br>            Defendant.    ) | ORDER |

This matter came before the Court on March 9, 2006, for change of plea hearing and upon the motion by the Defendant for Change of Release Conditions.  Defendant Lamar Decarlo Rodriguez was present and represented by his attorney Caroline Durham. The United States was represented by Assistant United States Attorney Tracey Perzell.

Based upon the evidence presented at the hearing and arguments of counsel, the Court concludes, pursuant 18 U.S.C. Sec. 3142, that placement of the Defendant at the Salvation Army Treatment Center in Minneapolis, Minnesota is appropriate. Accordingly, the Court grants the defendant's motion for release and placement at the treatment center.

It is hereby ordered that the defendant be released to the Salvation Army Treatment Center in Minneapolis, Minnesota, when a bed is available.  Transportation from the Sherburne County Jail, where the defendant is currently detained, to the Salvation Army will be provided by the U.S. Marshall's Office.


Date:  3/14/06                                          s/Richard H. Kyle                      
                                                        Hon. Judge Richard H. Kyle