# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 05-344 (RHK) |
| Plaintiff, | |
| v. | **ORDER** |
| Lamar Decarlos Rodriguez, | |
| Defendant. | |

**IT IS ORDERED** that the Defendant is to provide objections and amendments to the Presentence Report no later than May 30, 2006.

Dated: May 12, 2006

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge
